## R. L. LEONARD v. STATE.
### No. 14124.

Court of Criminal Appeals of Texas.
Jan. 7, 1931.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for forgery; punishment, two years in the penitentiary.

We find in this record an affidavit in due form made by the appellant, asking leave to withdraw his appeal. The request is granted.

The appeal will be dismissed.

## F. L. MORRIS v. STATE.
### No. 13835.

Court of Criminal Appeals of Texas.
Dec. 17, 1930.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for burglary; punishment, twelve years in the penitentiary.

The record is before us without any statement of facts or bills of exception. The indictment, the charge of the court, the judgment, and sentence appear to be in conformity with law.

The judgment will be affirmed.

## F. L. MORRIS v. STATE.
### No. 13834.

Court of Criminal Appeals of Texas.
Dec. 17, 1930.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for theft; punishment, ten years in the penitentiary.

The record is here without any statement of facts or bills of exception. The indictment, the charge of the court, the sentence, and judgment appear to be regular.

The judgment will be affirmed.

## W. I. OATES v. STATE.
### No. 14104.

Court of Criminal Appeals of Texas.
Dec. 3, 1930.

Burch & Woodruff, of Decatur, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MARTIN, J.

Offense, unlawful possession of intoxicating liquor for the purpose of sale; penalty, one year in the penitentiary.

Affidavit by appellant, in proper form, has been filed in this court averring that he no longer desires to prosecute his appeal, but desires to accept his sentence, and asking that the judgment of the trial court be affirmed.

The motion is granted, and judgment affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

HAWKINS, J., absent.